UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-22562-CIV-MIDDLEBROOKS/WHITE
(CASE NO. 10-CR-20300-MIDDLEBROOKS)



RICHARD BARTOLAZZI,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

__ SEALED
✓ NOT SEALED

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Movant's *pro se* Motion to Vacate (Cv-DE 1) pursuant to 28 U.S.C. § 2255, in which he attacks his convictions and sentences entered following a jury trial in Case No. 10-cr-20300-MIDDLEBROOKS.

This matter was referred to the Honorable United States Magistrate Judge Patrick A. White, who issued a Report (Cv-DE 9) recommending that the Motion to Vacate be denied and the case closed. (Cv-DE 9 at 15). Judge White also recommended that a Certificate of Appealability should not issue. (Cv-DE 9 at 14-15). Movant filed his objections to the Report on March 29, 2013. (*See* Cv-DE 10). After carefully considering the Motion (Cv-DE 1), the Government's Answer (Cv-DE 7), the Presentence Investigation Report, Judge White's Report, and the objections raised by Movant, and having conducted a *de novo* review of the entire case file, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report (Cv-DE 9) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety.

It is further hereby

**ORDERED AND ADJUDGED** that the Motion to Vacate (Cv-DE 1) is **DENIED** and any

request for a Certificate of Appealability is **DENIED**.

It is further hereby

**ORDERED AND ADJUDGED** that the Motion to Seal (Cv-DE 8) is **GRANTED**. The Clerk of Court shall **FILE UNDER SEAL** the electronic version of Exhibit E (Cv-DE 8-1) to the Government's Response in Opposition to the Motion to Vacate, and **DESTROY** the paper copy.

It is further hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 15 day of May, 2013.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record;
      Richard Barolazzi, *pro se*